**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Floyd Paul JONES, Respondent.**

**No. 878 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 11, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 11th day of March, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 29, 2004, it is hereby

ORDERED that FLOYD PAUL JONES be and he is DISBARRED from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

◼

**In the Matter of R. Elliott TOLL**

**Petition for Reinstatement.**

**No. 636 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

March 11, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 11th day of March, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated December 29, 2004, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.